IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TERRANCE TRAYNHAM,<br><br>                Defendant. | 8:20-CR-198<br><br>ORDER |

      This matter is before the Court on Defendant's Notice of Appeal. Filing 90. Prior to filing his Notice of Appeal, Defendant was "was determined to be financially unable to obtain an adequate defense in a criminal case," and may therefore proceed in forma pauperis on appeal. Fed. R. App. P. 24(a)(3). Accordingly,

      IT IS ORDERED:

      1.  Defendant is permitted to proceed in forma pauperis on appeal.

      Dated this 11th day of March, 2022.

                                                            BY THE COURT:

                                                             _____
                                                             Brian C. Buescher
                                                             United States District Judge